UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

SEAN A. STUDNICKA, )
 )
        Plaintiff, )
 )
vs. ) 2:11-cv-214-JMS-WGH
 )
DENNIS PROFIT, et al., )
 )
        Defendants. )

**Entry Discussing Selected Matters**

**I.**

Sean A. Studnicka is an inmate in the custody of the Federal Bureau of Prisons ("BOP"). He is currently confined at the Medical Center for Federal Prisoners in Springfield, Missouri. His complaint filed under the theory set forth in *Bivens v. Six Unknown Named Agents,* 403 U.S. 388 (1971), was transferred to this court and has been docketed as shown above.

**II.**

The plaintiff's request to proceed *in forma pauperis* [2] is **granted** to the extent consistent with the ruling of the transferor court on May 19, 2011. No additional or different ruling is warranted at this time.

**III.**

The plaintiff's statement [10] seeks injunctive relief associated with the manner in which the BOP maintains custody of the plaintiff. That request [10] is **denied** because this court does not have personal jurisdiction over the plaintiff's custodian and lacks jurisdiction to order the relief which is sought. *Lehn v. Holmes,* 364 F.3d 862, 871 (7th Cir. 2004)("[W]hen a prisoner who seeks injunctive relief for a condition specific to a particular prison is transferred out of that prison, the need for relief . . . become[s] moot."); *Higgason v. Farley,* 83 F.3d 862, 871 (7th Cir. 1996) (same).

**IV.**

The plaintiff's filing of August 4, 2011 [11], shall be **re-docketed as the amended complaint** and shall serve as the operative pleading setting forth his claims.

The amended complaint will be screened as required by 28 U.S.C. § 1915A(b). The plaintiff shall have **through September 15, 2011,** in which to supplement the amended complaint, but is warned that unintelligible materials filed for this or any other purpose will be disregarded.

Any request in any filing not specifically addressed in this Entry is **denied.**

Proceedings are stayed except as directed above with respect to the plaintiff's opportunity to supplement the amended complaint and the court's screening of the amended complaint.

**IT IS SO ORDERED.**

Date: 08/31/2011

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Sean Allen Studnicka
32868-048
Medical Center for Federal Prisoners
P.O. 4000
Springfield, MD 65801